No. **CR 07 00640 JF** PVT

FILED

E-FILING

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
NO. DIST. OF CA, S J

### SAN JOSE DIVISION

## THE UNITED STATES OF AMERICA
### vs.
## BRANDON TOMLINSON and LANCE TOMLINSON

# INDICTMENT

**COUNT ONE:** Title 18, U.S.C. § 371 - Conspiracy to Possess With Intent To Distribute, and Distribute, Human Growth Hormone

**COUNTS TWO - FOUR:** Title 21, U.S.C. § 333(e)(1) - Possession With Intent To Distribute Human Growth Hormone

*A true bill.*

_____
Foreperson

Filed in open court this 10R day of October

A.D. 2007

_____
United States Magistrate Judge

Bail. $ NO PROCESS REQUIRED

```
1  SCOTT N. SCHOOLS (SCN 9990)
   United States Attorney
2
   E-FILING
3
```

FILED

2007 OCT 10  P 4: 40

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07 00640 JF PVT |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 371 and 21 U.S.C. § 333(e)(1) – Conspiracy to Distribute, and Possess With Intent to Distribute, Human Growth Hormone; 21 U.S.C. § 333(e)(1) and 18 U.S.C. § 2-- Possession With Intent To Distribute Human Growth Hormone; Aiding and Abetting |
| v. | |
| BRANDON TOMLINSON and LANCE TOMLINSON, | |
| Defendants. | SAN JOSE VENUE |

## INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 371 and 21 U.S.C. § 333(e)(1)–Conspiracy To Distribute, And Possess With Intent To Distribute, Human Growth Hormone)

1. On or about and between January 1, 2006, and September 20, 2007, in the Northern District of California, and elsewhere, defendants

BRANDON TOMLINSON and
LANCE TOMLINSON,

and others, did knowingly conspire to possess with intent to distribute, and distribute, human growth hormone, a/k/a "HGH," for a use in humans other than the treatment of a disease or other recognized medical condition, where such use had been authorized by the Secretary of Health and

INDICTMENT

1  Human Services, and pursuant to the order of a physician.

## MANNER AND MEANS OF THE CONSPIRACY

2. It was a part of the conspiracy to distribute that defendant BRANDON TOMLINSON obtained human growth hormone from his employer, Genentech, and distributed human growth hormone to defendant Lance Tomlinson, knowing that the purpose of such distribution was for a use in humans other than the treatment of a disease or other recognized medical condition and without the order of a physician.

3. It was further a part of the conspiracy that defendant LANCE TOMLINSON distributed the human growth hormone to other individuals, knowing that the purpose of such distribution was for a use in humans other than the treatment of a disease or other recognized medical condition and without the order of a physician.

## OVERT ACTS

4. In furtherance of the conspiracy and to attain its ends, the defendants committed the following overt acts, among others, in the Northern District of California, and elsewhere:

   a. On or about March 1, 2007, LANCE TOMLINSON distributed a bottle of human growth hormone to another person in San Jose, California;

   b. On or about March 14, 2007, BRANDON TOMLINSON told another person in a telephone conversation to scrape the labeling off of a bottle of human growth hormone, and provided advice on how to safely administer human growth hormone;

   c. On or about July 3, 2007, LANCE TOMLINSON authorized by telephone the distribution of 22 bottles of human growth hormone to another person in San Jose, California.

   All in violation of Title 18, United States Code, Section 371, and Title 21, United States Code, Section 333(e)(1).

//
//
//
//
//

INDICTMENT                            2

**COUNT TWO**: (21 U.S.C. § 333(e)(1); 18 U.S.C. § 2-- Possession With Intent To Distribute Human Growth Hormone For Unauthorized Uses; Aiding and Abetting)

5. On or about March 1, 2007, in Santa Clara County, within the Northern District of California, the defendants,

> BRANDON TOMLINSON and
> LANCE TOMLINSON,

did knowingly possess with intent to distribute, and distribute, human growth hormone, a/k/a "HGH," for a use in humans other than the treatment of a disease or other recognized medical condition, where such use had been authorized by the Secretary of Health and Human Services, and pursuant to the order of a physician, in violation of Title 21, United States Code, Section 333(e)(1), and Title 18, United States Code, Section 2.

**COUNT THREE**: (21 U.S.C. § 333(e)(1); 18 U.S.C. § 2-- Possession With Intent To Distribute Human Growth Hormone For Unauthorized Uses; Aiding and Abetting)

6. On or about July 3, 2007, in Santa Clara County, within the Northern District of California, the defendants,

> BRANDON TOMLINSON and
> LANCE TOMLINSON,

did knowingly possess with intent to distribute, and distribute, human growth hormone, a/k/a "HGH," for a use in humans other than the treatment of a disease or other recognized medical condition, where such use had been authorized by the Secretary of Health and Human Services, and pursuant to the order of a physician, in violation of Title 21, United States Code, Section 333(e)(1), and Title 18, United States Code, Section 2.

**COUNT FOUR**: (21 U.S.C. § 333(e)(1); 18 U.S.C. § 2-- Possession With Intent To Distribute Human Growth Hormone For Unauthorized Uses; Aiding and Abetting)

7. On or about September 20, 2007, in Santa Clara County, within the Northern District of California, the defendants,

> BRANDON TOMLINSON and
> LANCE TOMLINSON,

did knowingly possess with intent to distribute, and distribute, human growth hormone, a/k/a "HGH," for a use in humans other than the treatment of a disease or other recognized medical condition, where such use had been authorized by the Secretary of Health and Human Services,

1  and pursuant to the order of a physician, in violation of Title 21, United States Code, Section
2  333(e)(1), and Title 18, United States Code, Section 2.
3  DATED:                                         A TRUE BILL,

                                                  _____
                                                  FOREPERSON

5  SCOTT N. SCHOOLS
   United States Attorney

7  MATTHEW A. PARRELLA
   Chief, San Jose Branch Office

9  (Approved as to form: _____ )
                          AUSA NEDROW

INDICTMENT                          4

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Ct 1: 18 U.S.C. § 371 - Consp. to Poss. w/ Intent To Distr., and Distr., Hum. Growth Hormone
Cts 2-4: 21 U.S.C. § 333 - Poss. w/ Intent to Distr. Hum. Growth Hormone

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

DEFENDANT - U.S.
▶ BRANDON TOMLINSON

FILED
2007 OCT 10 P 4:39
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

DISTRICT COURT NUMBER
CR 07 00640 JF PVT

### PENALTY:

Ct 1 - 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment fee
Cts 2-4 - 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment fee

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

PAT DONLIN, DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    JEFF NEDROW

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Ct 1: 18 U.S.C. § 371 - Consp. to Poss. w/ Intent To Distr., and Distr., Hum. Growth Hormone
Cts 2-4: 21 U.S.C. § 333 - Poss. w/ Intent to Distr. Hum. Growth Hormone

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**
▶ LANCE TOMLINSON

DISTRICT COURT NUMBER
CR 07 00640 JF PVT

**PENALTY:**
Ct 1 - 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment fee
Cts 2-4 - 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment fee

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

PAT DONLIN, DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM    SCOTT N. SCHOOLS

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    JEFF NEDROW

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: