# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

### CRIMINAL MINUTES

**Court Proceedings:** Status Review Hearing, October 31, 2007
**Case Number:** CR-07-00640-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**      **UNITED STATES OF AMERICA V. BRANDON TOMLINSON, ET AL**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | 1) Brandon Tomlinson |
| | 2) Lance Tomlinson |
| **Attorneys Present: John Glang** | **Attorneys Present: Richard Pointer and specially appearing for Steve Nakano** |

PROCEEDINGS:

Status review hearing  held.  Counsel and defendants are present.
Continued to 12/5/07 at 9:00 a.m. for further status review.  35 days are excluded for the reasons stated.