**RICHARD P. POINTER, ESQ., SBN: 86630**      *efiled 12/4/07
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:   (408) 246-5500
Facsimile:   (408) 246-1051

Attorneys for Defendant
**BRANDON TOMLINSON**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>BRANDON TOMLINSON, et al., )<br>)<br>    Defendant. )<br>_____ ) | NO: CR-07-00640(JF)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DECEMBER 5, 2007 STATUS CONFERENCE AND EXCLUDE TIME** |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Jeffrey Nedrow, counsel for plaintiff, Steve Nakano, counsel for defendant, Lance Tomlinson, and Richard P. Pointer, counsel for defendant, Brandon Tomlinson in the above mentioned case, that the status conference now scheduled for December 5, 2007 at 9:00 a.m., is continued to December 12, 2007, at 9:00 a.m., or as soon thereafter as is convenient to the Court.

    It is agreed between the parties that the following reasons exist for this stipulation:

    (1) Defense counsel for Brandon Tomlinson is in trial in state court in the matter of <u>People vs. Anthony Uckele, case number: CC633434.</u>

    No party objects to the requested continuance.

**ORDER OF COURT**                            1

1  IT IS FURTHER STIPULATED that the time for trial under the Speedy Trial Act continue
2 to be excluded from December 5, 2007, through December 12, 2007, pursuant to 18 U.S.C. section
3 3161(h)(8) (A) and (B)(ii) and (iv), Local Codes T-2 and T-4.
4  IT IS SO STIPULATED.

5 Dated: November 26, 2007                                    /s/
                                                   JEFFREY NEDROW
6                                                  Counsel for Plaintiff

7 Dated: November 26, 2007                                    /s/
                                                   STEVE NAKANO
8                                                  Counsel for LANCE TOMLINSON

9
Dated: November 26, 2007                                     /s/
10                                                 RICHARD P. POINTER
                                                   Counsel for BRANDON TOMLINSON

**ORDER OF COURT**                                2

**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:    (408) 246-5500
Facsimile:     (408) 246-1051

Attorneys for Defendant
**BRANDON TOMLINSON**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                         )<br>        Plaintiff,                                    )<br>                                                         )<br>vs.                                                    )<br>                                                         )<br>BRANDON TOMLINSON, et. al.,   )<br>                                                         )<br>        Defendant.                              )<br>_____) | NO: CR-07-00640 (JF)<br><br>**ORDER CONTINUING<br>STATUS CONFERENCE<br>AND EXCLUDING TIME** |

Accordingly, for good cause shown,

IT IS HEREBY ORDERED that the status conference scheduled for December 5, 2007 is continued to December 12, 2007, at 9:00 a.m.

THE COURT FURTHER ORDERS time be excluded under the Speedy Trial Act from December 5, 2007 to December 12, 2007. The court finds, based on the aforementioned reasons, that the ends of justice is served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. section 3161(h)(8)(A) and (B)(iv).

SO ORDERED.
Dated: ~~November~~ December 4, 2007

_____
JEREMY FOGEL
United States Judge

**ORDER OF COURT**                                   3