UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, December 12, 2007
**Case Number:** CR-07-00640-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:   UNITED STATES OF AMERICA V. BRANDON TOMLINSON, ET AL

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | 1) Brandon Tomlinson |
|  | 2) Lance Tomlinson |
| Attorneys Present: John Glang | Attorneys Present: Steven Nakano and specially appearing for Richard Pointer |

PROCEEDINGS:
   Further status review hearing held. Counsel and defendants are present. Continued to 1/30/08 at 9:00 a.m. for further status review. 49 days are excluded for the reasons stated.