PROPOSED ORDER/COVER SHEET

TO:   Honorable Patricia Trumbull          RE:   Lance Tomlinson
      U.S. Magistrate Judge

FROM: Claudette M. Silvera, Chief          DOCKET NO.:  CR07-00640 JF
      U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados                           (408) 535-5223
U.S. Pretrial Services Officer             TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

DATE: April 25, 2008

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[✓] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time. *b/c court has already ordered counseling and testing*

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
    Magistrate Judge _____  Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)
    A.
    B.

[ ] Bail Revoked/Bench Warrant Issued.

[✓] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[✓] Other Instructions:
*Tell defendant that this has come to my attention and I am concerned and I will definitely have him back to court for any other violation.*

_Patricia V. Trumbull_                     4/25/08
JUDICIAL OFFICER                           DATE

Cover Sheet (03/26/08)