# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition Hearing, May 8, 2008
**Case Number:** CR-07-00640-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**    **UNITED STATES OF AMERICA V. BRANDON TOMLINSON, ET AL**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | 2) Lance Tomlinson |
| Attorneys Present: Jeff Nedrow | Attorneys Present: Steven Nakano |

---

PROCEEDINGS:

  Disposition hearing held. Counsel and defendants are present. Defendant pleads guilty to counts 1 and 2 of the Indictment. Continued to 8/13/08 at 9:00 a.m. for sentencing. The remaining counts are submitted to be dismissed.