PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Patricia Trumbull<br>U.S. Magistrate Judge | RE: | Lance Tomlinson |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR07-00640 JF |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| | |
|---|---|
| Jaime A. Carranza | (408) 535-5226 |
| Senior U.S. Pretrial Services Officer | TELEPHONE NUMBER |

*FILED*
*MAY 30 2008*
*CLERK*
*NORTHERN DISTRICT OF COURT*
*SAN JOSE CALIFORNIA*

RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

DATE: May 29, 2008

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☑ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 5 on 6/2/08 at 9:30 Am.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____
JUDICIAL OFFICER (signed Patricia V. Trumbull)

DATE: 5/30/08

Cover Sheet (03/26/08)