1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  JEFFREY D. NEDROW (CASBN 161299)
   Assistant United States Attorneys
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5045
7     Fax: (408) 535-5066
      Email: jeff.nedrow@usdoj.gov
8

9  Attorneys for Plaintiff

10                 IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,      )   No.: CR 07-00640-JF
                                    )
13 |         Plaintiff,              )   STIPULATION AND PROPOSED
                                    )   ORDER FOR CONTINUANCE OF
14 |     v.                          )   SENTENCING HEARING
                                    )
15 | LANCE TOMLINSON,                )
                                    )
16 |         Defendant.              )
                                    )
17

18       The United States, through its counsel Jeffrey Nedrow, and defendant Lance Tomlinson,

19 through his counsel Steven Nakano, hereby agree and stipulate to a continuance of the sentencing

20 hearing in this case scheduled for Wednesday, August 13, 2008 to Wednesday, November 19,

21 2008 at 9:00 a.m.

22       The parties agree that the following reasons exist for this continuance:

23       Lance Tomlinson and the government have provided information to the Probation Office

24 for its consideration in completing the Presentence Report and making a sentencing

25 recommendation in this case. Both parties have an interest in a careful review of this information

26 in light of its potential impact on the sentencing hearing. The probation office requires additional

27 //

28 //

STIPULATION RE: CONTINUANCE
CR 07-00640-JF                          1

1  time to assess this information and complete the Presentence Report.  Accordingly, a continuance
2  is requested.  The probation officer has been notified of this proposed continuance.
3
4                                              Respectfully submitted,
5
6  August 7, 2008                   _____/s/_____
                                    STEVEN NAKANO
7                                   Counsel for Lance Tomlinson
8  August 7, 2008
9                                   _____/s/_____
                                    JEFFREY D. NEDROW
10                                  Assistant United States Attorney

STIPULATION RE: CONTINUANCE
CR 07-00640-JF                                    2

1
2
3
4
5
6
7
8                              IN THE UNITED STATES DISTRICT COURT
9
                            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
    UNITED STATES OF AMERICA,              )     No.: CR 07–00640-JF
11                                          )
           Plaintiff,                       )     ORDER CONTINUING
12                                          )     <u>SENTENCING HEARING</u>
        v.                                  )
13                                          )
    LANCE TOMLINSON,                        )
14                                          )
                                            )
15         Defendant.                       )
                                            )
16

17      Based on the stipulation of the parties and the facts set forth in the stipulation between the

18  parties, and good cause appearing,

19      IT IS HEREBY ORDERED that the sentencing hearing in this case is continued from

20  August 13, 2008 to November 19, 2008 at 9:00 a.m.

21
22
23  DATED:                                      _____
                                                JEREMY FOGEL
24                                              United States District Judge
25
26
27
28

STIPULATION RE: CONTINUANCE
CR 07-00640-JF                                  3