```
1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  JEFFREY D. NEDROW (CASBN 161299)
   Assistant United States Attorneys
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408) 535-5045
7    Fax: (408) 535-5066
     Email: jeff.nedrow@usdoj.gov
8
9  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.: CR 07-00640-JF |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF SENTENCING HEARING |
| v. | ) | |
| LANCE TOMLINSON, | ) | |
| Defendant. | ) | |

The United States, through its counsel Jeffrey Nedrow, and defendant Lance Tomlinson, through his counsel Steven Nakano, hereby agree and stipulate to a continuance of the sentencing hearing in this case scheduled for Wednesday, August 13, 2008 to Wednesday, November 19, 2008 at 9:00 a.m.

The parties agree that the following reasons exist for this continuance:

Lance Tomlinson and the government have provided information to the Probation Office for its consideration in completing the Presentence Report and making a sentencing recommendation in this case. Both parties have an interest in a careful review of this information in light of its potential impact on the sentencing hearing. The probation office requires additional

//

//

STIPULATION RE: CONTINUANCE
CR 07-00640-JF                    1

1  time to assess this information and complete the Presentence Report. Accordingly, a continuance
2  is requested. The probation officer has been notified of this proposed continuance.
3
4                              Respectfully submitted,
5
6  August 7, 2008              _____/s/_____
                                STEVEN NAKANO
7                               Counsel for Lance Tomlinson
8  August 7, 2008
9                              _____/s/_____
                                JEFFREY D. NEDROW
10                              Assistant United States Attorney

STIPULATION RE: CONTINUANCE
CR 07-00640-JF                                    2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 07–00640-JF |
| ) | |
| Plaintiff, ) | ORDER CONTINUING |
| ) | SENTENCING HEARING |
| v. ) | |
| ) | |
| LANCE TOMLINSON, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based on the stipulation of the parties and the facts set forth in the stipulation between the parties, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing in this case is continued from August 13, 2008 to November 19, 2008 at 9:00 a.m.

DATED: 8/11/08

_____
JEREMY FOGEL
United States District Judge

STIPULATION RE: CONTINUANCE
CR 07-00640-JF                                                          3