| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CASBN 163973)<br>Chief, Criminal Division |
| 4 | JEFFREY D. NEDROW (CASBN 161299)<br>Assistant United States Attorneys |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5045<br>Fax: (408) 535-5066<br>Email: jeff.nedrow@usdoj.gov |
| 7 | |
| 8 | |
| 9 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 07-00640-JF |
| Plaintiff, | ) ) | STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF |
| v. | ) ) | SENTENCING HEARING |
| LANCE TOMLINSON, | ) ) | |
| Defendant. | ) ) | |

The United States, through its counsel Jeffrey Nedrow, and defendant Lance Tomlinson, through his counsel Steven Nakano, hereby agree and stipulate to a continuance of the sentencing hearing in this case scheduled for Wednesday, November 19, 2008 to Wednesday, February 4, 2009 at 9:00 a.m.

The parties agree that the following reasons exist for this continuance:

Lance Tomlinson and the government have provided information to the Probation Office for its consideration in completing the Presentence Report and making a sentencing recommendation in this case. Both parties have an interest in a careful review of this information in light of its potential impact on the sentencing hearing. The probation office requires additional

//

//

STIPULATION RE: CONTINUANCE
CR 07-00640-JF                                                    1

time to assess this information and complete the Presentence Report. Accordingly, a continuance is requested. The probation officer has been notified of this proposed continuance.

Respectfully submitted,

November 18, 2008
_____/s/_____
STEVEN NAKANO
Counsel for Lance Tomlinson

November 18, 2008
_____/s/_____
JEFFREY D. NEDROW
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 07–00640-JF |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING |
| v. | ) | <u>SENTENCING HEARING</u> |
| | ) | |
| LANCE TOMLINSON, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the stipulation of the parties and the facts set forth in the stipulation between the parties, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing in this case is continued from November 19, 2008 to February 4, 2009 at 9:00 a.m.

DATED: 11/20/08

JEREMY FOGEL
United States District Judge

STIPULATION RE: CONTINUANCE
CR 07-00640-JF            3

STIPULATION RE: CONTINUANCE
CR 07-00640-JF                    4